UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-1856-cv(L)     **Caption [use short title]**

**Motion for:** Motion to Strike Supplemental Reply Briefs

Set forth below precise, complete statement of relief sought:

Plaintiff moves to strike unauthorized supplemental reply briefs filed by defendants which were filed without leave of Court.

Kurtz v. Kimberly-Clark Corp.

**MOVING PARTY:** D. Joseph Kurtz     **OPPOSING PARTY:** Kimberly-Clark Corp., Costco Wholesale Corp.

[✔] Plaintiff     [ ] Defendant
[ ] Appellant/Petitioner     [✔] Appellee/Respondent

**MOVING ATTORNEY:** Douglas Wilens     **OPPOSING ATTORNEY:** Eamon P. Joyce
[name of attorney, with firm, address, phone number and e-mail]

Robbins Geller Rudman & Dowd LLP      Sidley Austin LLP
120 E. Palmetto Park Road, Suite 500, Boca Raton, FL     787 Seventh Avenue, New York, NY 10019; tel. 212/839-5300;
33432; tel. 561/750-3000; dwilens@rgrdlaw.com     ejoyce@sidley.com. Additional counsel listed in attached addendum

**Court- Judge/ Agency appealed from:** Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed [✔] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[✔] Yes  [ ] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✔] No  If yes, enter date:_____

**Signature of Moving Attorney:**

s/Douglas Wilens     **Date:** 04/28/2020     Service by: [✔] CM/ECF  [ ] Other [Attach proof of service]

---

Form T-1080 (rev.12-13)

**ADDENDUM**

KWAKU A. AKOWUAH
ALEXANDER B. PORTER
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

KARA L. MCCALL
DANIEL A. SPIRA
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Counsel for Defendant-Appellant Kimberly-Clark Corporation*

ADAM J. HUNT
LENA H. HUGHES
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000

BRIAN R. MATSUI
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 887-8784
BMatsui@mofo.com

*Counsel for Defendant-Appellant Costco Wholesale Corporation*

# 17-1856-cv(L)
## 17-1858-cv(CON)

(Docket Number in District Court: 1:14-cv-01142-JBW-RML)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

D. JOSEPH KURTZ,
Individually and on Behalf of All Others Similarly Situated,

Plaintiff-Appellee,

vs.

COSTCO WHOLESALE CORPORATION,
KIMBERLY-CLARK CORPORATION,

Defendants-Appellants.

Appeal from the United States District Court
for the Eastern District of New York

MOTION TO STRIKE SUPPLEMENTAL REPLY BRIEFS

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS WILENS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
VINCENT M. SERRA
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Counsel for Plaintiff-Appellee

Plaintiff-appellee D. Joseph Kurtz moves to strike the unauthorized supplemental reply briefs filed by defendants-appellants Kimberly-Clark Corp. and Costco Wholesale Corp., ECF Nos. 274, 275, and states as follows:

1. In reinstating this appeal following the district court's re-certification of the classes, the Court entered an order allowing for "further briefing to discuss the district court's decision on remand." ECF No. 216. The parties, however, sparred over how that supplemental briefing should proceed. In several letters to the Court, the parties disagreed over deadlines, length, and the number of permissible supplemental briefs that could be submitted. ECF Nos. 221, 222, 227, 229. Specifically, while defendants sought to brief and argue "what is effectively a new appeal," ECF No. 229, Kurtz asserted that one supplemental brief for each side was appropriate, maintaining that "reply briefs and another oral argument [were] unnecessary…." ECF No. 227.

2. On November 12, 2019, the Court issued a scheduling order resolving these disputes. ECF No. 232. The order expressly granted one brief for each party with staggered deadlines and a set word count:

> Appellants are directed to file an opening brief no later than January 10, 2020. Appellees are directed to file an answering brief no later than March 13, 2020…. Briefs may not exceed 9,000 words.

*Id.* Significantly, the order did not provide for the filing of any reply briefs—no deadlines and no word count. *See id.*

3. Nonetheless, defendants have flouted the Court's scheduling order by filing supplemental reply briefs of nearly 4,500 words without leave of court. Seeking to have the "last word" on the remand issues, defendants ignore that the Court rejected their request to treat the post-remand proceedings as an entirely new appeal. The Court's silence on reply briefs was not an invitation to file them.

4. At a minimum, in the absence of an express directive from the Court, defendants should have requested leave to file supplemental reply briefs. That they chose not to do so exhibits an astonishing level of entitlement. Perhaps defendants recognized that such a motion was futile given the substance of their submissions. Indeed, far from providing anything useful to the Court, defendants' supplemental reply briefs merely rehash the same meritless arguments found in their supplemental opening briefs, which the district court rejected. Aside from their continuing mischaracterizations of the record and misstatements of the law, defendants still cannot demonstrate that the district court abused its discretion in concluding on remand that Kurtz amply satisfied Rule 23(b)(3)'s predominance requirement.

Accordingly, because defendants improperly filed unauthorized supplemental reply briefs, Kurtz requests that such filings be stricken from the record. Kurtz has conferred with defendants, who object to the relief such in this motion.

DATED: April 27, 2020      ROBBINS GELLER RUDMAN
                & DOWD LLP


               *s/Douglas Wilens*
               DOUGLAS WILENS

             120 East Palmetto Park Road, Suite 500
             Boca Raton, FL 33432
             Telephone: 561/750-3000
             561/750-3364 (fax)

             ROBBINS GELLER RUDMAN
               & DOWD LLP
             SAMUEL H. RUDMAN
             MARK S. REICH
             VINCENT M. SERRA
             58 South Service Road, Suite 200
             Melville, NY 11747
             Telephone: 631/367-7100
             631/367-1173 (fax)

             Attorneys for Plaintiff-Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court for the Second Circuit Court of Appeals by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*s/Douglas Wilens*
DOUGLAS WILENS